```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08553
   CLARENCE WASHINGTON
   NATALIE MEDINA-WASHINGTON                 CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
             Debtor
   SSN XXX-XX-2626    SSN XXX-XX-0657

----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/09/08 .

     2.  The case was converted to Chapter 7 without confirmation, 10/08/2008.

     3.  The Debtor paid a total of $    392.50 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIA ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| BETHANY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DEKALB CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DEPT OF CHILDREN & FAMIL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KISHWAUKEE COMMUNITY HOS | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY PHYSICIANS LL | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MISSOURI CHILD SUPPORT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |

```
PLAZA ASSOCIATES            UNSECURED        NOT FILED              .00            .00
PROVENA MERCY CENTER        UNSECURED        NOT FILED              .00            .00
RECEIVABLES MANAGEMENT I    UNSECURED        NOT FILED              .00            .00
ROCKFORD MERCANTILE AGEN    UNSECURED        NOT FILED              .00            .00
SALUTE VISA GOLD            UNSECURED        NOT FILED              .00            .00
SPRINT NEXTEL               UNSECURED        NOT FILED              .00            .00
TCF NATIONAL BANK           UNSECURED        NOT FILED              .00            .00
CBE GROUP                   UNSECURED        NOT FILED              .00            .00
TRI CITY RADIOLOGY          UNSECURED        NOT FILED              .00            .00
VALLEY EMERGENCY CARE       UNSECURED        NOT FILED              .00            .00
FAMILY SUPPORT PAYMENT C    CHILD SUPPORT    NOT FILED              .00            .00
        Summary of disbursements:
----------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00          .00          .00           .00
PRINCIPAL PAID            .00          .00          .00          .00           .00
INTEREST PAID             .00          .00          .00          .00           .00
TOTAL PAID                .00          .00          .00          .00           .00
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   3500.00
and was paid $   1100.00   direct and $    334.53   through the plan.

The Trustee received $      18.72 .

Refunds to the Debtor totaled $      39.25 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated:  01/22/09                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                                   PAGE    2
         CASE NO. 08 B 08553 CLARENCE WASHINGTON & NATALIE MEDINA-WASHINGTON